# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 93

In the Matter of the Petition of Shane Lance Yates for Name Change

### No. 20220370

In the Matter of the Petition of Amy Jo Yates for Name Change

### No. 20220371

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Stephannie N. Stiel, Judge.

AFFIRMED.

Per Curiam.

Shane L. Yates, self-represented, Fargo, ND, appellant; submitted on brief.

Amy J. Yates, self-represented, Fargo, ND, appellant; submitted on brief.

**Per Curiam.**

[¶1] Shane Lance Yates and Amy Jo Yates ("Petitioners") appeal district court orders denying their petitions for name changes. The Petitioners sought to change their names from "SHANE LANCE YATES" to "Shane Lance Yates" and "AMY JO YATES" to "Amy Jo Yates." The Petitioners argue the all uppercase styled names are incorrectly styled and the court erred in denying the name changes. We conclude the district court did not err in denying the petitions for name changes. The Petitioners included within their notices of appeal a challenge to the denial of leave to file documents in the district court subsequent to the issuance of a pre-filing order entered pursuant to N.D. Sup. Ct. Admin. R. 58. Orders denying leave to file are not appealable. *Everett v. State*, 2020 ND 257, ¶ 10, 952 N.W.2d 95. We summarily affirm under N.D.R.App.P. 35.1(a)(7); *Matter of Yates*, 2022 ND 11, ¶ 5, 969 N.W.2d 195 (holding there was no proper and reasonable cause for the district court to change two individuals' names from all capital letters to initial capital letters followed by lowercase letters because such a request was not a change from one name to another); *Matter of Yates*, 2022 ND 103, 974 N.W.2d 408.

[¶2]    Jon J. Jensen, C.J.
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte
        Douglas A. Bahr